# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CR 133

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| PATRICIA GEORGE JENKINS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter is before the Court on a Motion to Withdraw as Counsel of Record (# 14) filed by Fredilyn Sison and the Federal Public Defender for the Western District of North Carolina. Selena Anne King, retained counsel, has entered an appearance on behalf of Defendant. See (# 15). In addition, the Government does not object to the instant motion. Mot. (# 14) at 2.

Good cause has been shown for the relief requested. Therefore, the Motion to Withdraw as Counsel of Record (# 14) is GRANTED. Fredilyn Sison is permitted to withdraw from this case, and her office's representation of Defendant is terminated.

Signed: October 23, 2018

David C. Keesler
United States Magistrate Judge