THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:18-cr-00133-MR-WCM-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| (1) PATRICIA GEORGE JENKINS | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant Patricia George Jenkins' Motion to Continue [Doc. 33] and the Government's Motion to Dismiss [Doc. 36].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 36] is **GRANTED**, and Count One of the Bill of Indictment in the above-captioned case is hereby **DISMISSED** as to the Defendant Patricia George Jenkins only.

**IT IS FURTHER ORDERED**, in light of the foregoing, that the Defendant Patricia George Jenkins' Motion to Continue [Doc. 33] is **DENIED** as moot.

The Clerk is directed to provide copies of this Order to counsel for the Government, the U.S. Marshals Service, and the U.S. Probation Office.

**IT IS SO ORDERED.**

Signed: March 1, 2019

Martin Reidinger
United States District Judge